**Order entered February 16, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00528-CR

### TIMOTHY SIM SMITHERMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-50887-T**

## ORDER

The State's second motion for extension of time to file its brief is **GRANTED**, and we **ORDER** the State's brief filed on or before **MARCH 15, 2023**.

/s/     ERIN A. NOWELL
       JUSTICE